# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

US Airways, Inc. and Sedgwick : 
Claims Management Services, Inc., : 
          Petitioners : 
           : 
          v. :    No. 612 C.D. 2017
           : 
Workers' Compensation Appeal : 
Board (Bockelman), : 
          Respondent : 

## O R D E R

NOW, March 28, 2018, upon consideration of petitioners' application for reargument, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge